IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SEVERN PEANUT CO, INC., MEHERRIN AGRICULTURE & CHEMICAL CO., and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as Subrogee of Severn Peanut Co., Inc. and Meherrin Agriculture &Chemical Co.,<br><br>    Plaintiffs,<br><br>vs.<br><br>INDUSTRIAL FUMIGANT CO. and ROLLINS INC.,<br><br>    Defendants. | **DOCKET NO. 2:11-cv-00014-BO** |

## AFFIDAVIT OF CAROL L. JONES

Carol L. Jones, being first duly sworn, deposes and says as follows:

1. I am over the age of eighteen and am competent to make this affidavit. I have personal knowledge of all facts contained in this affidavit. If called to testify, my testimony would be consistent with the paragraphs below.

2. I am an Associate Professor of Stored Product Engineering within the Division of Agricultural Sciences and Natural Resources at Oklahoma State University in Stillwater, Oklahoma.

3. Attached hereto as Exhibit 1 is the expert report I have prepared in relation to the above-captioned case on behalf of Defendants Industrial Fumigant Co. and Rollins, Inc. Annexed thereto is my curriculum vitae which sets forth my education, training, and experience in relation to the matters addressed in the substantive portion of my expert report.

**EXHIBIT A**

4. I hold the opinions expressed in my expert report to a reasonable degree of scientific certainty and plan to express each such opinion as my sworn testimony in this case when called upon to testify.

Further affiant sayeth not.

_____
Carol L. Jones

Sworn and subscribed before
me this ___ day of June, 2013.

_____
Notary Public

My commission expires: 08-06-15

JOSEPH BONOCORE
Notary Public in and for
State of Oklahoma
07007476
My Commission Expires Aug 06, 2015