UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SEVERN PEANUT CO, INC., MEHERRIN AGRICULTURE & CHEMICAL CO., and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as Subrogee of Severn Peanut Co., Inc. and Meherrin Agriculture & Chemical Co., <br><br> Plaintiffs, <br><br> vs. <br><br> INDUSTRIAL FUMIGANT CO. and ROLLINS INC., <br><br> Defendants. | DOCKET NO. 2:11-cv-00014-BO |

## DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' POST-DISCLOSURE EXPERT TESTING AND SUPPLEMENTAL REPORTS AND OPINIONS

Defendants Industrial Fumigant Co. and Rollins, Inc., by and through counsel, and pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, hereby move to exclude Plaintiffs' post-disclosure expert testing and supplemental reports and opinions. Defendants submit their supporting memorandum simultaneously herewith.

This the 8th day of October, 2013.

                                              **POYNER SPRUILL LLP**

                By:   s/ Steven B. Epstein
                         Steven B. Epstein
                         N.C. State Bar No. 17396
                         Email: sepstein@poynerspruill.com
                         301 Fayetteville Street, Suite 1900
                         Raleigh, NC 27601
                         Telephone: 919.783.2846
                         Facsimile: 919.783.1075
                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

>Howard M. Widis, Esq.
>Quick, Widis & Nalibotsky, PLLC
>2115 Rexford Rd., Suite 100
>Charlotte, NC 28211
>Email: hwidis@qwnlaw.com

This the 8th day of October, 2013.

>s/ Steven B. Epstein
>Steven B. Epstein