IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:11-CV-00014-BO

| | |
|---|---|
| SEVERN PEANUT CO., INC., et al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INDISTRIAL FUMIGANT CO. and ) | |
| ROLLINS INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on defendants' motion for leave to file videos [DE 71] and plaintiffs' motion for leave to file videos [DE 79]. The motions are now ripe for adjudication. For the reasons stated herein, the motions are GRANTED.

The parties seek to introduce videos to the Court in support of their arguments surrounding defendants' as yet unripe motion to exclude plaintiffs' post-disclosure expert testing and supplemental records and opinions [DE 64]. The motions before the court are unopposed. It appears to the Court that good cause exists to grant the motions. The Clerk is DIRECTED to file the videos of both parties.

SO ORDERED.

This the 5 day of December, 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE