UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
DOCKET NO. 2:11-CV-00014-BO

SEVERN PEANUT CO, INC.,
MEHERRIN AGRICULTURE &
CHEMICAL CO., and TRAVELERS
PROPERTY CASUALTY COMPANY
OF AMERICA as Subrogee of Severn
Peanut Co., Inc. and Meherrin Agriculture
& Chemical Co.,

       Plaintiffs,

vs.

INDUSTRIAL FUMIGANT CO. and
ROLLINS INC.,

       Defendants.

**NOTICE OF APPEARANCE**

To the Clerk of Court and All Parties of Record:

I, William J. Conroy (Pennsylvania State Bar No. 36433), of Campbell Campbell Edwards & Conroy, P.C., 1205 Westlakes Drive, Suite 330, Berwyn, PA 19312, am a member in good standing of the bar of the United States District Court for the Middle District, Eastern District and Western District of Pennsylvania; and, the United States District Court of New Jersey pursuant to Local Rule 83.1(e), herby give notice of my appearance as Counsel for Defendants INDUSTRIAL FUMIGANT CO. and ROLLINS INC.

This the 24th day of April, 2014.

        **CAMPBELL CAMPBEL EDWARDS AND CONROY, P.C.**

By:   s/ William J. Conroy
      William J. Conroy
      Pa. State Bar No. 36433
      wconroy@campbell-trial-lawyers.com
      1205 Westlakes Drive, Suite 330
      Berwyn, PA 19312
      Telephone: 610.964.6380
      Facsimile: 610.964.1981
      *Attorneys for Defendants*

**POYNER SPRUILL LLP**

By:   s/ Steven B. Epstein
      Steven B. Epstein
      N.C. State Bar No. 17396
      sepstein@poynerspruill.com
      301 Fayetteville Street, Suite 1900
      Raleigh, NC 27601
      Telephone: 919.783.2846
      Facsimile: 919.783.1075
      *Attorneys for Defendants*

2

Case 2:11-cv-00014-BO   Document 116   Filed 04/24/14   Page 2 of 3

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

>Howard M. Widis, Esq.
>Quick, Widis & Nalibotsky, PLLC
>2115 Rexford Rd., Suite 100
>Charlotte, NC 28211
>Email: hwidis@qwnlaw.com

This the 24th day of April, 2014.

>**CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.**
>
>By:   s/ William J. Conroy
>       William J. Conroy
>       Pa. State Bar No. 36433
>       wconroy@campbell-trial-lawyers.com
>       1205 Westlakes Drive, Suite 330
>       Berwyn, PA 19312
>       Telephone: 610.964.6380
>       Facsimile: 610.964.1981
>       *Attorneys for Defendants*