IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:11-CV-00014-BO

| | |
|---|---|
| SEVERN PEANUT CO., INC., et al, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| INDISTRIAL FUMIGANT CO. and ROLLINS INC., | ) |
| Defendants. | ) |

This matter is before the Court on defendants' motion to shorten the time in which plaintiffs may respond to defendants' motion for reconsideration and conditional motion for temporary stay. [DE 143]. It appears to the Court that no good cause exists to grant the motion. Accordingly, the motion is DENIED. Plaintiff shall have the normal allotment of time in which to file a response under Local Rule 7.1(e)(1).

SO ORDERED.

This the 11 day of July, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE