IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:11-CV-00014-BO

| | |
|---|---|
| SEVERN PEANUT CO., INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INDUSTRIAL FUMIGANT CO. and ) | |
| ROLLINS INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on defendants' motion for reconsideration [DE 141] of the Court's order regarding trial. [DE 131]. Defendants' motion for reconsideration is GRANTED and the Court withdraws the time limitations as previously imposed subject to further consideration. The trial currently set in this matter for August 25, 2014, is hereby CONTINUED and will be reset by separate notice at a later date.

SO ORDERED.

This the  16  day of July, 2014.

                              /s/ Terrence Boyle
                              TERRENCE W. BOYLE
                              UNITED STATES DISTRICT JUDGE